EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Manuel A. Acosta Reboyras | 2020 TSPR 19 <br><br> 203 DPR _____ |

Número del Caso:  TS-14,825


Fecha:  25 de febrero de 2020


Abogado de la parte peticionaria:

        Por derecho propio



Materia:  Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Manuel A. Acosta Reboyras

TS-14,825

RESOLUCIÓN

En San Juan, Puerto Rico, a 25 de febrero de 2020.

Examinados el *Informe Final Sobre el Estado de la Obra Notarial Incautada y Notificando Cumplimiento de Orden* del 10 de febrero de 2020, y la *Moción de Reinstalación y Cumplimiento de Orden* del 18 de febrero de 2020, se reinstala al ejercicio de la notaría al Lcdo. Manuel A. Acosta Reboyras condicionado a que presente un contrato de fianza notarial vigente.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo